FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0378

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0378

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

CYLE RAMSEY MADGWICK,

Defendant and Appellant.

_____

Appellant Cyle Ramsey Madgwick was granted an extension of time to file and serve the opening brief on or before January 12, 2025. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than February 21, 2025. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 22 2025